**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7175**

---

DERICK JONES,

                                        Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; T. TRAVIS MEDLOCK,
Attorney General of the State of South
Carolina,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-94-3267-6-18AK)

---

Submitted:  January 18, 1996        Decided:  February 1, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Derick Jones, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Jones v. South Carolina</u>, No. CA-94-3267-6-18AK (D.S.C. July 17, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>